This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**


**STATE OF NEW MEXICO, ex rel.,**
**HUMAN SERVICES DEPARTMENT**
**and ANGELA HAZELET,**

Petitioners-Appellees,

v.                                                              NO.   30,761

**MARK ARNAUDVILLE,**

Respondent-Appellant.


**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Angela J. Jewell, District Judge**


New Mexico Human Services Department
Reina Owen DeMartino
Albuquerque, NM

for Appellees

Mark Arnaudville
Albuquerque, NM

Pro Se Appellant


**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance in part and summary reversal in part was proposed in a second notice of proposed summary disposition. No memorandum in opposition has been filed by any party and the time for doing so has expired.

Therefore, for the reasons set forth in the second notice of proposed summary disposition, the district court's order is **AFFIRMED IN PART** and **REVERSED IN PART.**

**IT IS SO ORDERED.**


    _____
**RODERICK T. KENNEDY, Judge**


**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**MICHAEL E. VIGIL, Judge**